UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00723-VKD<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 17 |

On August 22, 2023, the Court ordered the parties to file a notice of settlement by September 5, 2023 or to file a notice of need for mediation by October 6, 2023. Dkt. No. 17. The order warned that if the parties did not comply with these deadlines, the Court may dismiss the case for failure to prosecute and/or impose sanctions if appropriate. *Id.*

The parties failed to file a notice of settlement or a notice of need for mediation, and have otherwise failed on several occasions to comply with the Court's orders. Accordingly, the Court dismisses this case without prejudice.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge